IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

      v.                                                      CRIMINAL NO. 1:20CR7

JACK RICE

## RESPONSE TO COURT'S COVID-19 ORDER AND
## MOTION TO CONTINUE SENTENCING HEARING

      Comes now, Brian J. Kornbrath, Federal Public Defender and counsel for the defendant, Jack Rice, moving this Court to continue the sentencing hearing in the above-captioned case currently scheduled for Monday, June 29, 2020.  In support of the instant motion, defendant relies on the following grounds:

      1.     Defendant's response is based in part on this district's standing order, <u>In Re: Criminal Case Operations Due to COVID-19 Response</u>, 3:20MC-28, and the CARE Act of 2020.

      2.     The parties concur sentencing in this matter may be "further delayed without serious harm to the interests of justice." Neither party would be prejudiced by a continuance of the sentencing proceedings.

      3.     The government, represented by Assistant United States Attorney David J. Perri, does not oppose the instant motion.

      WHEREFORE, based on the foregoing, the Court is respectfully requested to enter an order continuing the sentencing hearing in this matter.

                                                  Respectfully submitted,

                                                  **JACK RICE**

                                                  By Counsel

By: s/ Brian J. Kornbrath
   Brian J. Kornbrath
   WV State Bar No. 7330
   Attorney for Defendant
   Federal Public Defender Office
   230 West Pike Street; Suite 360
   Clarksburg, West Virginia 26301
   Tel. (304) 622-3823
   Fax. (304) 622-4631
   E-Mail. Brian_Kornbrath@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on June 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and will send notification of such filing to the following:

   David J. Perry, Esq.
   Office of the United States Attorney
   1125 Chapline Street
   Wheeling, West Virginia 26301
   (304) 234-0100

By: s/   Brian J. Kornbrath
   Brian J. Kornbrath
   WV State Bar No. 7330
   Attorney for Defendant
   Federal Public Defender Office
   230 West Pike Street; Suite 360
   Clarksburg, West Virginia 26301
   Tel. (304) 622-3823
   Fax. (304) 622-4631
   E-Mail. Brian_Kornbrath@fd.org